CATHERINE OLIVER *vs*. CHARLES W. KALLOCK.

THAXTER, J. The question in this case is identical with that in *Woodbury I. Oliver* v. *Charles W. Kallock* and in accordance with the opinion and the mandate handed down this day in that case the entry here will be the same.

*Exception overruled.*